IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Eastern_ DIVISION

FILED

NOV 2 7 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Twana N. Coleman ,
Jo H. Ferguson ,
Carly T. Singleton Mduma

(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

The University of ,

Maint Olive ,

Christy B. Cox, Cordelia wilcox

Lisa Neusell, Terri Grice

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. **4:18-cv-193-FL**

(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1. Plaintiff resides at 4 Wildwood Trail, Havelock, NC 28532
155 N. Castle Drive, New Bern, NC 28562
1405 Benfield Ave, New Bern, NC 28562
2. Defendant(s) name(s): The University of Mount Olive
Christy B. Cox, Cordelia Wilcox, Lisa Neusell,
Terri Grice

1

Location of principal office(s) of the named defendant(s):

634 Henderson Street, Mt. Olive, NC 28365

Nature of defendant(s) business: Higher education

Approximate number of individuals employed by defendant:

500+

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

(A) _____ Failure to employ me.

(B) __✓__ Termination of my employment.

(C) __✓__ Failure to promote me.

(D) __✓__ Other acts as specified below:

Discrimination based on race, gender and retaliation.

2

Case 4:18-cv-00193-FL    Document 1    Filed 11/27/18    Page 2 of 5

5. Plaintiff is:

    (A) _____ presently employed by the defendant.

    (B) \_\_✓\_\_ not presently employed by the defendant.

        The dates of employment were Coleman-11/2010 to 5/2018

                             Singleton Mduma-6/2018 to 5/2018

        Employment was terminated because:               Ferguson-8/2014-4/2018

    (1) _____ plaintiff was discharged. — Ferguson

    (2) _____ plaintiff was laid off.

    (3) \_\_✓\_\_ plaintiff left job voluntarily. — Coleman, Singleton Mdum

6. Defendant(s) conduct is discriminatory with respect to the

following:

    (A) \_\_✓\_\_ my race.

    (B) _____ my religion.

    (C) \_\_✓\_\_ my sex.

    (D) _____ my national origin.

    (E) \_\_✓\_\_ other as specified below:

Retaliation_____

_____

7. The name(s), race, sex, and the position or title of the

individual(s) who allegedly discriminated against me during the

period of my employment with the defendant company is (are):

1. Christy B. Cox - Caucasian, Female, Director of UMO at New Bern

2. Lisa Neusell - Caucasian, Female, Dean of Extended Education

3. Cordelia Wilcox - African American, Female, Director of Human Resources

4. Terri Grice, - Caucasian, Female, Asst. Registrar-Traditional

8. The alleged discrimination occurred on or about _____

April 2017 to May 2018 .

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

• Interactions with people of the opposite race or ethnically diverse was hostile in comparison to those of the same race.

• male coworkers were given special treatment and not repremanded in the same manner as female staff.

• Complaints to HR resulted in unwarranted, multiple write-ups.

• Despite reports of hostile working conditions HR failed to sufficiently eradicate the issues or protect whistleblowers.

• Despite experience & employer accolades promotions were denied due to race, gender and retaliation

• wrongful termination due to retaliation and discrimination

10. The alleged illegal activity took place at: _____

The University of Mount Olive

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about September 2018. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____

Twana Coleman → recv'd Sept. 4, 2018
Carly Singleton Mduma - recv'd Sept. 10, 2018
Jo Ferguson - recv'd - Nov. 8, 2018

12. I seek the following relief:

(A) _____ recovery of back pay;

(B) _____ reinstatement to my former job;

(C) \_\_✓\_\_ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

injunctive orders, damages, costs and attorney's fees.

11/27/2018
Date

_Juana Coleman_
Signature of Plaintiff

Address and Phone Number of Plaintiff

T. Coleman - 4 wildwood Trl Havelock, NC 28532 (252) 772-5326
J. Ferguson - 155 North Castle Dr, New Bern, NC 28562 (252) 474-4794
C. Singerton Mduma - 1405 Benfield Ave, NC 28562 (252) 474-3692