UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TWANA N. COLEMAN, JO H. FERGUSON, and CARLY SINGLETON MDUMA )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>THE UNIVERSITY OF MOUNT OLIVE )<br>Defendant. ) | **JUDGMENT**<br><br>No. 4:18-CV-193-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 10, 2019, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on May 7, 2019, and Copies To:**
Twana N. Coleman (via US mail) 4 Wildwood Trl, Havelock, NC 28532
Jo H. Ferguson (via US mail) 155 North Castle Drive, New Bern, NC 28562
Carly Singleton Mduma (via US mail) 1405 Benfield Ave, New Bern, NC 28562
Paul Holscher (via CM/ECF Notice of Electronic Filing)


May 7, 2019                    PETER A. MOORE, JR., CLERK

                               /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk